1 ROBERT S. GIANELLI, #82116
JOSHUA S. DAVIS, #193187
2 ADRIAN J. BARRIO, #219266
HOWARD LORING ROSE, #251727
3 GIANELLI & MORRIS, A Law Corporation
550 South Hope Street, Suite 1645
4 Los Angeles, CA 90071
Telephone:   (213) 489-1600
5 Facsimile:   (213) 489-1611

6 Attorneys for Plaintiff
BRENDA HONEYCUTT, on behalf of
7 herself and all others similarly situated

8

9

10

11                     UNITED STATES DISTRICT COURT

12                     CENTRAL DISTRICT OF CALIFORNIA

13

14 BRENDA HONEYCUTT, on behalf of )   Case No.: 2:21-cv-6124-FMO-KS
   herself and all others similarly situated, )   Assigned to Hon. Fernando M. Olguin
15                                            )
                                              )
16                   Plaintiff,               )   **DECLARATION OF HOWARD**
                                              )   **LORING ROSE IN SUPPORT OF**
17                                            )   **THE PARTIES' STIPULATION FOR**
       v.                                     )   **DISMISSAL WITHOUT**
18                                            )   **PREJUDICE**
                                              )
19 ANTHEM, INC.; ANTHEM UM                    )
   SERVICES, INC.; AMERICAN                   )   **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**
20 IMAGING MANAGEMENT, INC.,                  )
                                              )
21                   Defendants.              )   **[Stipulation For Dismissal**
                                              )   **Concurrently Filed; Proposed Order**
22 _____ )        **Concurrently Lodged]**

23

24

25

26

27

28

### DECLARATION OF HOWARD LORING ROSE

I, Howard Loring Rose, declare and state as follows:

1.      I am an attorney licensed to practice before all of the courts of the State of California and before this Court. I am an attorney with the law firm of Gianelli and Morris, ALC, counsel of record for Plaintiff Brenda Honeycutt ("Plaintiff") herein. I make this declaration in support of the Parties' Stipulation for Dismissal Without Prejudice, filed concurrently herewith.

2.      After Plaintiff's complaint was filed, Plaintiff underwent surgical treatment for her spinal stenosis, including the implantation of a Coflex device, and paid for the procedure out-of-pocket.

3.      Plaintiff subsequently suffered a complication, and it was determined that Plaintiff was not a suitable candidate for Coflex. Plaintiff has since been reimbursed her out-of-pocket costs by her medical providers.

4.      Our office has not been contacted by any other persons who were denied Coflex under an ERISA plan issued by any of the defendants in this case.

5.      Plaintiff is not being paid any settlement or other remuneration in connection with dismissal or this case.

6.      Plaintiff has not filed any motion seeking class certification in this case.

7.      Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claims as are pleaded in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of May, 2022, at Tujunga, California.


　　　　　　　　　　　　　　/s/ *Howard Loring Rose*
　　　　　　　　　　　　　　HOWARD LORING ROSE