ROBERT S. GIANELLI, #82116
JOSHUA S. DAVIS, #193187
ADRIAN J. BARRIO, #219266
HOWARD LORING ROSE, #251727
GIANELLI & MORRIS, A Law Corporation
550 South Hope Street, Suite 1645
Los Angeles, CA 90071
Telephone:  (213) 489-1600
Facsimile:   (213) 489-1611

Attorneys for Plaintiff
BRENDA HONEYCUTT, on behalf of
herself and all others similarly situated

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA HONEYCUTT, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM, INC.; ANTHEM UM SERVICES, INC.; AMERICAN IMAGING MANAGEMENT, INC., <br><br> Defendants. | Case No.: 2:21-cv-6124-FMO-KS <br> Assigned to Hon. Fernando M. Olguin <br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE** <br><br> [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Having reviewed the Parties' stipulation, and good cause being found, the Court orders this matter DISMISSED WITHOUT PREJUDICE. Each Party will bear its own fees and costs incurred.

SO ORDERED.

DATED: May 5, 2022

/s/
Honorable Fernando M. Olguin
UNITED STATES DISTRICT JUDGE

1